UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KAMI L. WHITMIRE,

          Plaintiff,

   v.

PERDUE FOODS LLC, PERDUE FARMS INC.,

          Defendants.

CASE NO. 2:21-CV-469-RAJ-DWC

ORDER GRANTING EXTENSION OF TIME

This matter comes before the Court on the parties' Joint Motion to Modify Briefing Schedule on Defendants' Motion to Compel. Dkt. 17. Having considered the Motion, the Court GRANTS it and ORDERS: (1) Plaintiff's opposition papers, if any, shall be due by 11:59 p.m. on Tuesday, November 30, 2021; and (2) the noting date and due date for Defendants' reply papers, if any, shall remain December 3, 2021.

Dated this 30th day of November, 2021.

David W. Christel
United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME - 1