UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KAMI L. WHITMIRE, | CASE NO. 2:21-CV-469-RAJ-DWC |
| Plaintiff, | AMENDED INITIAL PRETRIAL SCHEDULING ORDER |
| v. | |
| PERDUE FOODS LLC, PERDUE FARMS INC., | |
| Defendant. | |

This case has been referred to the undersigned United States Magistrate Judge. Dkt. 7.

The parties have filed a Joint Motion to Amend the Initial Pretrial Scheduling Order. Dkt. 32.

The Motion to Amend (Dkt. 32) is granted as follows:

**PRETRIAL DATES**

| Event | Date |
|---|---|
| Disclosure Expert Reports under FRCP 26(a)(2) | 8/5/2022 |
| Disclosure of Rebuttal Expert Reports under FRCP 26(a)(2) | 9/5/2022 |
| All motions related to discovery must be filed by | 9/15/2022 |

| Discovery completed by | 10/10/2022 |
|---|---|
| Dispositive motions deadline<br>    Dispositive motions must be filed pursuant to LCR 7(d) | 11/4/2022 |

All other portions of the Initial Pretrial Scheduling Order (Dkt. 13) remain in full force and effect.

Dated this 23rd day of March, 2022.

David W. Christel
United States Magistrate Judge

AMENDED INITIAL PRETRIAL SCHEDULING
ORDER - 2