UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KAMI L. WHITMIRE,

            Plaintiff,

    v.

PERDUE FOODS LLC, PERDUE FARMS INC.,

            Defendants.

CASE NO. 2:21-CV-469-RAJ-DWC

ORDER TO FILE STATUS REPORT

This matter comes before the Court on Defendants Perdue Foods, LLC and Perdue Farms Inc.'s ("Perdue") Second Motion to Compel. Dkt. 26. On March 3, 2022, Perdue filed the Second Motion to Compel requesting the Court direct Plaintiff Kami Whitmire to provide complete responses to several discovery requests. Dkt. 26. Perdue requested the Court order Whitmire to: grant Perdue access to Whitmire's social media accounts, make her phone available for a forensic examination, make full production of documents responsive to Request for Production Nos. 5, 7, and 9, and conduct specific searches of electronically stored information, including emails. *Id*. Perdue has also raised issues related to Whitmire's failure to comply with this Court's previous Order on Motion to Compel ("Order") and requests a fee award. *Id*.; *see*

*also* Dkt. 24. In her Response to the Second Motion to Compel, Whitmire states she has been responsive to the Court's Order and Perdue's discovery requests. Dkt. 28.

In the Motion and responsive pleadings, the parties stated that Whitmire was planning to present her phone for a forensic examination on March 21, 2022. *See* Dkt. 30 at 3. Perdue has also withdrawn its request for responses to Request for Production Nos. 5 and 7. *Id*. at n.3. Moreover, Whitmire states the parties continue to work cooperatively together and that she is continuing to produce discovery. *See* Dkt. 28.

Nearly eight weeks has passed since the Second Motion to Compel was filed and the intervening period of time may have impacted the discovery sought in the Second Motion to Compel. For example, Perdue may be able to narrow the requested discovery if, for instance, Whitmire provided her phone for a forensic review and provided social media passwords since responding the Second Motion to Compel. Therefore, the parties are directed to meet and confer regarding the status of the Second Motion to Compel and provide the Court with a status report on or before May 11, 2022. If the parties are able to narrow the issues, the Court directs Perdue to provide a revised proposed order with the status report.

The Clerk is directed to re-note the Second Motion to Compel (Dkt. 26) for consideration on May 13, 2022.

Dated this 27th day of April, 2022.

David W. Christel
United States Magistrate Judge